```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. JAMARI BUXTON (Cal. Bar No. 342364)
 4  BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
    Assistant United States Attorneys
 5  Public Corruption and Civil Rights Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-3519/3819
         Facsimile: (213) 894-0141
 8       E-mail:    jamari.buxton@usdoj.gov
                    brian.faerstein@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-133-PA-2 |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| v. | |
| CHRISTOPHER BLAIR HERNANDEZ, | **[PROPOSED] SENTENCING DATE:** 01/08/2024 at 8:30 a.m. |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing Hearing for defendant CHRISTOPHER BLAIR HERNANDEZ, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing in this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

//

//

//

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant HERNANDEZ in this matter is continued from October 2, 2023, to January 8, 2024, at 8:30 a.m.

IT IS SO ORDERED.

August 29, 2023
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN R. FAERSTEIN
J. JAMARI BUXTON
Assistant United States Attorney

2