Brian Faerstein (Cal. Bar No. 274850)
Assistant United States Attorney
312 N. Spring Street, Suite 1500
Los Angeles, CA 90012
Tel. (213) 894-3819 / brian.faerstein@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>CHRISTOPHER BLAIR HERNANDEZ<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>23-CR-133-PA-2<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

(1) GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF BRIAN R. FAERSTEIN

(2) [PROPOSED] ORDER SEALING DOCUMENT;

(3) GOVERNMENT'S SENTENCING POSITION, OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT, AND MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. § 5K1.1; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBIT [UNREDACTED VERSION]

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 18, 2023
Date

/s/ Brian Faerstein
Attorney Name
United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*